No. 22-3034

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MICHAEL J. BOST, et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>DEMOCRATIC PARTY OF ILLINOIS,<br><br>    Appellant,<br><br>and<br><br>ILLINOIS STATE BOARD OF ELECTIONS and BERNADETTE MATTHEWS, in her official capacity as Executive Director, Illinois State Board of Elections,<br><br>    Defendants-Appellees. | Appeal from the U.S. District Court for the Northern District of Illinois, Eastern Division<br><br>No. 1:22-cv-02754<br><br>The Honorable<br>JOHN F. KNESS,<br>Judge Presiding. |

### NOTICE OF APPEARANCE

Kwame Raoul, Attorney General of the State of Illinois, enters the appearance of Deputy Solicitor General Sarah Hunger, as counsel for the Illinois State Board of Elections and Bernadette Matthews, in her official capacity as Executive Director of the Illinois State Board of Elections, in the above-captioned matter.

1

Dated: April 3, 2023

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By: /s/ Sarah A. Hunger
SARAH A. HUNGER
Deputy Solicitor General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-5202
Sarah.Hunger@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I certify that on April 3, 2023, I electronically filed this Notice of Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All other participants in this case are CM/ECF users and will be served by that system.

/s/ Sarah A. Hunger  
SARAH A. HUNGER
